JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0662 MAG |
|     Plaintiff, | ) | |
| | ) | STIPULATION AND |
|     v. | ) | <u>ORDER EXCLUDING TIME</u> |
| | ) | |
| MATTHEW STEVENS, | ) | |
|     Defendant. | ) | |
| | ) | |

    On November 17, 2008, the parties in this case appeared before the Court for the defendant's arraignment.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations dating from November 17, 2008 to December 10, 2008 for effective preparation of defense counsel.  The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

//

//

//

//

Stipulation and Order
CR No. 08-0662 MAG            1

1  ends of justice served by granting such a continuance outweighed the best interests of the public
2  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED:  11/18/08                            _____/s/_____
                                            WENDY THOMAS
                                            Special Assistant United States Attorney


DATED:  11/18/08                            _____/s/_____
                                            DANIEL BLANK
                                            Attorney for Mr. Stevens


   As the Court found on November 17, 2008, and for the reasons stated above, the Court finds that an exclusion of time between November 17, 2008 and December 10, 2008 is warranted and that the ends of justice served by the continuance outweighs the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny Mr. Stevens and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED:  November 19, 2008                   _____
                                            BERNARD ZIMMERMAN
                                            United States Magistrate Judge

Stipulation and Order
CR No. 08-0662 MAG                          2