1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant STEVENS

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )
                                    )  No. CR 08-0662 BZ
              Plaintiff,            )
12                                  )  STIPULATION AND [PROPOSED]
        v.                          )  ORDER CONTINUING HEARING
13                                  )
   MATTHEW STEVENS,                 )  Honorable Bernard Zimmerman
14                                  )
              Defendant.            )
15 _____)

1   At the suggestion of the Probation Officer Sharon Alberts, the parties stipulate and jointly
2   request that the status hearing in the above-captioned matter currently set for Wednesday, June 10,
         to July 8, 2009 at 1:30 p.m.
3   2009, be continued ~~for to Wednesday, July 1, 2009, at 1:30 p.m~~., due to the recency of the admission
4   of Defendant Matthew Stevens to the residential drug treatment program at New Bridge.
5   IT IS SO STIPULATED.

                                JOSEPH RUSSONIELLO
                                United States Attorney

8   DATED:   June 8, 2009        ___/s/_____
                                 WENDY THOMAS
                                 Special Assistant United States Attorney


11  DATED:   June 8, 2009        ___/s/_____
                                 DANIEL P. BLANK
                                 Assistant Federal Public Defender
                                 Attorney for Matthew Stevens


14  IT IS SO ORDERED.

15  DATED:   June 8, 2009        _[signature]_____
                                 BERNARD ZIMMERMAN
                                 United States Magistrate Judge

STIP. & PROP. ORDER                         1