BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>MATTHEW STEVENS,<br><br>                              Defendant. | No. CR 08-0662 BZ<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING<br><br>Honorable Bernard Zimmerman |

1    At the suggestion of the Probation Officer Sharon Alberts, the parties previously stipulated and

2  jointly requested that the status hearing in the above-captioned matter currently set for Wednesday,

3  June 10, 2009, be continued for to Wednesday, July 1, 2009, at 1:30 p.m., due to the recency of the

4  admission of Defendant Matthew Stevens to the residential drug treatment program at New Bridge.

5  The Court granted the request for a continuance in the status hearing but set the matter for July 8,

6  2009, when undersigned counsel for Mr. Stevens is unavailable.  The Court is thereafter unavailable

7  for several weeks.  Accordingly, the parties stipulate and jointly request that the status hearing in the

8  above-captioned matter currently set for Wednesday, July 8, 2009, be continued to Wednesday,

9  ~~August 5, 2009, at 1:30 p.m.~~   August 19, 2009 at 9:30 a.m.

10  IT IS SO STIPULATED.

11                                              JOSEPH RUSSONIELLO
                                               United States Attorney
12

13  DATED:      July 2, 2009              ____/s/_____
                                               ACADIA SENESE
14                                              Special Assistant United States Attorney

15

16  DATED:      July 2, 2009              ____/s/_____
                                               DANIEL P. BLANK
17                                              Assistant Federal Public Defender
                                               Attorney for Matthew Stevens
18

19  IT IS SO ORDERED.

20  DATED:      July 6, 2009              _____
                                               BERNARD ZIMMERMAN
21                                              United States Magis...

22

23

24

25

26